UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TE CONNECTIVITY CORPORATION,

     Plaintiff,                                                    Case No. 22-cv-10732
                                         Hon. Matthew F. Leitman

v.

LEAR CORPORATION,

     Defendant.

_____/

## ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF No. 5)

On April 6, 2022, Plaintiff TE Connectively Corporation filed a motion for preliminary injunction in this action in which TE asks the Court to enjoin an arbitration demanded by Defendant Lear Corporation. (*See* Mot., ECF No. 5.)  The Court held an on-the-record status conference with counsel for both parties to discuss a schedule for the motion on April 7, 2022.  For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Lear shall file a response to TE's motion for preliminary injunction by no later than **April 28, 2022**;

- TE shall file a reply brief by no later than **May 12, 2022**;

- The parties shall continue with their ongoing process to select an arbitrator for the arbitration Lear has demanded.  TE's participation in that process is

1

without prejudice to TE's objection to its participation in the arbitration proceedings. If an arbitrator is selected, the parties shall ask the American Arbitration Association and/or the selected arbitrator to delay any further arbitration proceedings until the Court resolves TE's motion for preliminary injunction, which the Court will do without delay.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126