UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TE CONNECTIVITY CORPORATION,

    Plaintiff,

v.

LEAR CORPORATION,

    Defendant.

_____/

Case No. 22-cv-10732
Hon. Matthew F. Leitman

### ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (ECF No. 5)

Currently before the Court is Plaintiff TE Connectivity's Motion for Leave to File Exhibits Under Seal. (*See* Mot., ECF No. 5.)  In the motion, Plaintiff seeks permission to file three exhibits under seal.  The exhibits are price quotations, purchase orders, and other documents reflecting confidential pricing and forecasting information.  While court records may only be sealed where a movant demonstrates a compelling need for sealing, courts have recognized that a business owner has such a need to seal documents such as "customer lists, pricing information, financial statements, sales trend data, and pricing and marketing strategy." *Avomeen Holdings, LLC v. Thanedar*, No. 17-CV-13703, 2018 WL 8806093, at *1 (E.D. Mich. Dec. 19, 2018).  The limited set of documents that Plaintiff wishes to seal here are the type of confidential and proprietary business documents that are properly

1

sealed. Moreover, the public does not have an especially strong interest in the documents that Plaintiff wishes to seal. This is a purely private business dispute. For all of these reasons, Plaintiff's Motion for Leave to File Exhibits Under Seal (ECF No. 5) is **GRANTED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126